MIRIAM E. GARTER, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued June 14, 1893 ; decided June 30, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 23, 1892, which affirmed a judgment in

favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

· *Charles A. Pooley* for appellant.

*E. M. & F. M. Ashley* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.